## ALLAN S. MALL *v.* MYRNA LABOW

The defendant's petition for certification for appeal from the Appellate Court, 33 Conn. App. 359 (AC 11289), is denied.

*Myrna Labow,* pro se, in support of the petition.

Decided April 28, 1994

## WARREN P. JOBLIN *v.* MYRNA LABOW

The defendant's petition for certification for appeal from the Appellate Court, 33 Conn. App. 365 (AC 11875), is denied.

*Myrna Labow,* pro se, in support of the petition.

Decided April 28, 1994

## IN RE DONNA M.

The respondent father's petition for certification for appeal from the Appellate Court, 33 Conn. App. 632 (AC 12537), is denied.

*Matthew J. Collins,* in support of the petition.

*Helen M. Doherty,* in opposition.

Decided April 28, 1994

## IN RE DONNA M.

The minor child's petition for certification for appeal from the Appellate Court, 33 Conn. App. 632 (AC 12537), is denied.

*Maureen A. Chmielecki,* in support of the petition.

*Helen M. Doherty,* in opposition.

Decided April 28, 1994